James R. YOCOM, Commissioner of Labor, et al., Appellants,

v.

Orville WRIGHT et al., Appellees.

Court of Appeals of Kentucky.

May 3, 1974.

Rehearing Denied Sept. 20, 1974.

Robert D. Hawkins and Thomas L. Ferreri, Department of Labor, Frankfort, for appellants.

Kelsey E. Friend, Sr., Kelsey E. Friend Law Firm, Pikeville, for appellee Orville Wright. George Chad Perry, III, Perry & Greene, Paintsville, Harry C. Campbell, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

Willie Ray WHITE, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Rehearing Denied Sept. 20, 1974.

Anthony M. Wilhoit, Public Defender, Anna H. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

Donald SHANNON, Appellant,

v.

CITY OF JUNCTION CITY, Appellee.

Court of Appeals of Kentucky.

May 31, 1974.

Rehearing Denied Sept. 13, 1974.

J. James Rogan, Danville, for appellant.

Ed W. Hancock, Atty. Gen., Peter C. MacDonald, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

W. W. CHILTON, Sr. and Mary B. Chilton, Appellants,

v.

Richard CHILTON and Mark Chilton, Appellees.

Court of Appeals of Kentucky.

June 28, 1974.

Manley N. Feinberg, Louisville, for appellants.

J. Larry Cashen and Edgar A. Zingman, Wyatt, Grafton & Sloss, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

* Opinion ordered not to be published.